UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

======================================

A. MARK HUBER,

                           Plaintiff,

                                                              ORDER
                    v.                                        04-CV-694A

JO ANNE B. BARNHART, Commissioner
of Social Security,

                           Defendant.

======================================

          The above-referenced case was referred to Magistrate Judge Hugh B.

Scott, pursuant to 28 U.S.C. § 636(b)(1)(B).  On July 21, 2005, Magistrate Judge Scott

filed a Report and Recommendation, recommending that the decision of the

Commissioner be reversed and the matter remanded for further administrative

proceedings to determine the amount of benefits plaintiff is entitled to.  The Magistrate

Judge also recommended that defendant's motion for judgment on the pleadings be

denied and plaintiff's motion for similar relief in his favor be granted.

          The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

          ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Scott's Report and Recommendation,  the decision of the

Commissioner is reversed and the matter remanded for further administrative

proceedings to determine the amount of benefits plaintiff is entitled to.  IT IS FURTHER

ORDERED that the defendant's motion for judgment on the pleadings is denied and

plaintiff's motion for similar relief in his favor is granted.  The Clerk of Court shall take all

steps necessary to close the case.


       IT IS SO ORDERED.

              /s/ Richard J. Arcara

              _____
              HONORABLE RICHARD J. ARCARA
              CHIEF JUDGE
              UNITED STATES DISTRICT COURT

Dated: August   22      , 2005